No. 80–5727. EDDINGS v. OKLAHOMA. Ct. Crim. App. Okla. [Certiorari granted, 450 U. S. 1040.] Motion of Washington Legal Foundation for leave to file brief as *amicus curiae* granted.

No. 79–5587. BROOKS v. TEXAS, *ante,* p. 913;

No. 80–148. ROBBINS v. CALIFORNIA, *ante,* p. 420;

No. 80–289. UNITED MINE WORKERS OF AMERICA, LOCAL No. 1854, ET AL. v. NATIONAL LABOR RELATIONS BOARD ET AL., *ante,* p. 322;

No. 80–692. NATIONAL LABOR RELATIONS BOARD v. AMAX COAL CO., A DIVISION OF AMAX, INC., ET AL., *ante,* p. 322;

No. 80–328. NEW YORK v. BELTON, *ante,* p. 454; and

No. 80–6604. THOMAS v. GEORGIA, 452 U. S. 973. Petitions for rehearing denied.

No. 80–5284. SARTO v. NEW JERSEY, 449 U. S. 938; and

No. 80–6501. MANLEY v. UNITED STATES, 451 U. S. 992. Motions for leave to file petitions for rehearing denied.

SEPTEMBER 29, 1981

No. 80–2068. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 53.

OCTOBER 1, 1981

No. 80–2076. STOKELY-VAN CAMP, INC. v. ESPINOZA ET AL. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 53.1

No. 80–1804. LEDBETTER, SHERIFF, ET AL. v. JONES ET AL. C. A. 5th Cir. [For order limiting grant of certiorari, see *ante,* p. 911.] Writ of certiorari dismissed under this Court's Rule 53.